Good morning, your honors, and may it please the court. My name is Robert Gerald Bernhoft, and I have the privilege of representing the Libertarian Party of Los Angeles County and Messrs. Brown and Agrella on this appeal of the CDCA District Court's dismissal of a section 1983 political ballot access suit at the 12 seat judgment on the pleading stage. Let me cut to the quick here. It's a very weird case. It appears that under the, at this point, if you have people not from the district circulating the petitions, the petitions are still going to be counted. It appears that there's no criminal violation unless you, people lie about whether they are residents or not residents. At the same time, it appears that California is continuing to tell people in the official documents they give out that they do have to be residents. All right, so what exactly is your problem? I mean, presumably, I looked carefully at your complaint to try and see you know, exactly what you're alleging as what the party is. Certainly the two individuals who now know all this, I mean, presumably will go in and and and do the petitioning because they want to do the petitioning because nothing's going to happen to them, and the petitions are to be counted. So if you have anything here, it has to be because there are other people that you would like to ask to do the petitioning who you know, will then go out and get the pieces of paper and say, oh, but I'm not allowed to do this. I mean, is that your claim? What exactly is your problem? Yeah, Your Honor, let me, let me ask you this, too. I remember in law school, we were given examples of dead-letter law. You heard that expression? Yes, Your Honor. They've got a lot of laws in Texas that are dead-letter law, and you know that, and here, no one's ever, has anyone ever been prosecuted for violating these code, these two code sections? On this record, on 12C, motion for judgment on the pleadings, we have no idea what the enforcement history of the criminal provisions are. But there is no criminal provision. There is no criminal provision. Yes. Yeah. Yes. Excuse me, is there one? Yes, Your Honor. The only one that I know about it says you can't lie about it. No, California Election Code section 18203 makes it a felony to make any false statement. Right. If you don't make a false statement, it's no problem. Here's the problem, Your Honor. These plaintiff appellants... Do you know of anyone that's been prosecuted? I personally do not, Judge. And your clients have not been threatened with prosecution individually, have they? No, Judge. No. No, we have a very limited record. The motion that was filed by the defendant, Secretary Bowen, was styled as a 12C motion for judgment on the pleadings, but it was addressed up 12B6. They made an untimely filing. Well, I don't think we're trying to be concerned about the procedural posture, but really with whether there's any beef here other than an abstract desire to force a change in the law to match what actually happens in real life, which is that nobody enforces this law. There's no evidence that it's ever been enforced against anybody. Then we have a fundamental misunderstanding about... Then we have this wonderful word that I remembered. Desuetude. Desuetude. I looked it up again. Desuetude and moribundity. Moribund. Moribund statute. We know moribundity, but desuetude is kind of a sleepy word, you know, and I even got my, I don't have it with me, but I can push a button and it'll pronounce the word for me. It's pretty good. So, I mean, there's no immediate threat here that anyone's... The Secretary has enforced the California Code Section 8066 that requires petition circulators to be registered voters in the relevant political district or subdivision for decades. It's been enforced in... How do you mean enforced? Do you mean it appears on the form, or do you mean that they've actually rejected... Non-conforming petitions? Most definitely. Most definitely, Your Honor. I would further report... And where does that appear in the complaint? The plaintiffs alleged that their signatures would not be counted if they did not supply the circulator affidavit, and that is true. The signatures they collect will not be... That's never happened to them, though. They're speculating that this could happen to them, correct? It's the custom and the practice and policy of the Secretary of State, according to Secretary Bone's own memorandum, which was submitted on judicial notice by the defendant appellants, and the court granted that. It's a January 27, 2010 memo, and I'm referring directly to... These are not going to enforce it. I'm sorry? I thought what it says is that, in fact, they are going to count it. Well, it's a little bit confusing, but if you looked at the addendum, page 47, and if the court would permit me, Judicial decisions. California courts have uniformly held that a clerk's duty relative to examining petitions or candidates' papers is limited to two responsibilities. One, to determine whether the petition or paper contains the requisite elements specified by the law. That's the relevant factor here. Continuing to the second paragraph, As to the first duty to certify that the petition or papers contain the requisite elements required by law, the court in Dodge v. Free, 32 Cal Appeal 3rd, 1973 Case 436, held that the clerk need not verify a petition section that does not contain a circulator's affidavit, one of the elements required by law to be included in a petition. In upholding the clerk's refusal to verify petition signatures and to count them, the court concluded that the required affidavit was lacking in the absence of a subscription and date. And that's been the law of California since 1973. If a clerk has an affidavit and gives its correct address and the address is not in the district, what indication is there that they're not going to count it? The affidavit does not permit that. The affidavit affirmatively requires at the outset in the penalty of perjury section in the jurat that you have to swear that you are a registered voter in the district in which that candidate would be voted on. There's no, and under California law, if you alter that form, you're not permitted to alter the form, and if it's incomplete, even to the minor detail of not being dated, the clerks are instructed, and California law says, that those signatures cannot be counted or verified. Is that form in the record? Yes, it is. Let's exhibit D. It's on page 61, I think, of the excerpts, volume 2, but I think that's the right one. But what if you just, what if your client were to cross out, qualified to register to vote in California, and said Texas. I, Jane Smith, am registered to vote in Texas. My residence address is yada, yada, yada, Austin, Texas. And all the valid signatures that were of voters here on the petition, what indication is there anywhere that that would be turned away, or that the circulator would get into trouble? Well, I don't know if the circulator would get into trouble. Here's the dilemma, and the Hobson's choice that's faced by these plaintiffs' appellants, Let me tell you this, so you're clear where I stand. I don't think that these statutes really belong on the books. I don't know how they got on there, but I remembered what I learned in law school, and it's piqued my curiosity. So, you know, maybe we ought to get the state attorney here. Let's ask him questions. Well, Your Honor, if I might, please. Why don't you just have a seat, and let's ask him what's going on, huh? If the court wishes me to, yes. That's what I'd like you to do. Okay. Thank you, Judge. Good morning, Your Honor. It's Deputy Attorney General Michael Whitmer appearing on behalf of the Secretary of State Debra Bond. Now, you have a piece of paper that you give out to people who want to qualify for the ballot, and it says that the candidate may appoint persons to circulate the nomination paper, circulate, shall be voted in the district or public subdivision in which the candidates to be voted on shall serve only in that district or political subdivision. Somebody gets that piece of paper and says, oh, I can't do this, and doesn't do it. And you want, and your view is that even though you're continuing to tell people that, but you can easily not tell people that, I mean, you seem to be saying, you don't say it is unconstitutional, you say it probably is, or almost surely is, and yet you continue to tell people the opposite. Why would you want to do that, and why isn't that at least a problem for somebody who might believe what you say? And therefore not, let's leave the standing of these people aside for a minute. Somebody else is going to say, get this piece of paper, I was going to go circulate a petition in San Francisco, but I live in Alameda County, I can't do it, I believe what they're telling me, so I'm not going to do it. Now, the fact that he can't prove that anybody's ever been prosecuted or that the signatures haven't been counted as a way to create respect for the law, I mean, that's different than a statute of destitute, because every day you're telling people this. Well, to simply declare what the law states is... Even if it's unconstitutional. All the Secretary can do is say, folks, this is the law. Well, then somebody should be able to bring a case, let's leave aside who for a minute, but somebody should be able to get you where the remedy is take that out of this piece of paper, because it's unconstitutional. The remedy would arise when somebody actually attempted to enforce the statute. Why? Why isn't the fact that somebody, a good-faith person who wants to know what they have to do, I mean, they're not just going to the statute books, maybe then they have to look something else up. They are believing what you're telling them. You are telling them this, and they're believing it, and you want them to not believe it because it's not going to be enforced. That's what you're saying. I can tell them something, I can give a directive, and yet they should, I can't think, I should think that they're not going to do it because they're supposed to do research and find out that we don't really do that. I mean, you know, just like, go ahead, I want to hear the answer. I'm having a little difficulty pulling the core of the question out. I'm sorry, the question is why do you tell people something that is unconstitutional if you think it's unconstitutional? That's the question. I think what it all boils down to is doesn't the secretary have a responsibility to say that she thinks a particular statute is unconstitutional? That's the argument that they're making. Well, I think right now all we're arguing about is who can make the argument? We're not here being asked to rule on the constitutionality or not of this set of statutes. That's not in front of us. What is here is whether these particular individuals either as a matter of Article III standing or prudential, discretionary matters of standing are the right ones to do it. And what what would be one appropriate plaintiff in your mind, just by description? Is it somebody who comes to pick it up and says I want an injunction because I want to circulate this in a different county, the neighboring county and I can't do it and I want this declared unconstitutional so I can go circulate this right now so that it's concrete and present? Is there some other kind of plaintiff that you could envision? I believe that the appropriate plaintiff would be one who has actually been held to comply with the statute. But there is no such person. So nobody is. It's a dead letter law. So if we filed an order saying this is dead letter law and we have a representation of the what's your client's position? Secretary of State. Secretary of State of the state of California that it is dead letter law because you just said it. And that means that it will not be enforced. And it won't be told to you. See I've been trying to write opinion with that word in it. This would be a great opportunity. Yeah, so you would like that, huh? In some ways it would solve a lot of problems. But why can't you just take this out of the pieces of paper? The secretary has a dilemma. She's a constitutional officer. So you need an order declaring it unconstitutional or you're going to keep telling people something is unconstitutional? She is forbidden by the state constitution from declaring a statute unconstitutional or unenforced. Then that's your point A and your point B is nobody can sue her to get that declaration. So therefore point 3 is she's going to keep telling everybody things that we all believe to be unconstitutional. So we could say that Is that alright? Is 1, 2 and 3 correct? The difficulty here is it really boils down to a separation of powers between the Secretary of State and the legislature. The legislature says this is the law The secretary isn't joined to oversee What if the Secretary of State I mean this is far afield of what we actually have to decide here but couldn't she request introduction of a bill to repeal these laws with an opinion attached explaining why that would be a good idea or a constitutionally sound idea and make this problem go away? It's been there since what 1969? Presumably without violating separation of powers she could implore the legislature to fix this for her but it seems to me that the kind of person in the situation I was talking about there would be a concrete moment when that could be done to say here I am I have a piece of paper in my hand I live in the wrong county I want to circulate this in the neighboring county give me an injunction from declaring this requirement unconstitutional why wouldn't that person have standing in every sense? If you look at some of the cases in particular the cases pertaining to a new statute like the New Hampshire Right to Life case the plaintiff actually called up the state and said are you going to enforce this law? and the state said yes there's no such allegation here in fact this is a case where no evidence has ever been enforced there's lots of cases similar you're representing the attorney general of the state secretary secretary the attorney general you're a member of the attorney general's office right? that's right that's who you work for now do you know of a single instance does your office know of a single instance where anyone has been prosecuted under these statutes is that an issue here? no is there a reason why the secretary of state could not say the following California statutory law requires that circulated shall be voters however it is the position of the secretary of state that this statute is probably unconstitutional see such and such well I'll tell you what I've been able to get from the secretary of state actually that under article 3 section 3.5 of the California constitution the secretary of state cannot declare the requirement unenforceable or refuse to enforce it in her view it cannot successfully be enforced due to the likelihood that an appellate court would hold it unconstitutional why can't they tell people that in a piece of paper instead of misrepresenting the facts I think Judge Burson is suggesting this is the law I believe it is accurate but it's incomplete so I think all that Judge Burson to maintain the problem if I may the difficulty that she faces here is all state government is shrinking and facing limited budgets she no longer has a legal staff or an opinion unit that creates opinions like the one that was the 1980 opinion that you granted judicial notice of and so she would have to divert resources to scouring the books finding statutes that are probably unenforceable but you have done the work you have done the work legal work in this case I think that this is not again anything about the actual issue that's in front of us however I think that Judge Burson is trying to give practical advice which is add a footnote to the page that says you must be statute X requires that you live in the area that you are circulating the petition in footnote just what you read to us I think I can't declare this unenforceable however I have my doubts that's the complete truth and it's never been enforced it's never been enforced and she can even cite the cases that are in our brief that hold to that effect in an ideal world I think that would be appropriate it would certainly be appropriate is that the sort of thing that could be accomplished the libertarian  perhaps could be amplified so the question is why don't we give them leave to amend or should we give them leave to amend in the following respect the party says we want to associate with people who are not residents of the particular places and have them represent us and they don't say specifically but we will encounter resistance because these people will be told by the Secretary of State that they can't do it but that would be a fairly credible allegation were it made because they are being told by the Secretary of State that they can't do it why wouldn't that there's no there's a round of elections coming up so suppose they put in as well and particularly what with respect to the November 2012 election to do this would that be a good allegation as to which they'd have standing I don't believe so but I would hasten to add they have not argued because your ultimate position is no matter what they said they couldn't have standing because it's not being enforced yes no matter how specific no matter how whether it was directed at a specific election and whether they said that or we have members who want to do this we have members who want to do this and we believe however that when they're told by the Secretary of State that they can't do it they're a law abiding people they're not going to do it and the fact that it isn't enforced isn't going to matter they're not going to do it the district courts ruling to sustain our motion without leave to amend is subject to an abuse of discretion standard and these plaintiffs have not alleged or argued in their papers that they could allege a survivable cause of action I'm asking you about futility and your ultimate argument is futility and that's what in other words the reason why there was no leave to amend is because your argument is futile and the district courts seem to think so too well they were given a chance and what they came up with was some literature counsel let me ask is there any real world allegation that they actually refrained from doing something they haven't even alleged that no I know that that's why I asked you the question I asked about the person who would come in and say I want to do this now and I can't and I want this taken away but let me ask a different question entirely which is given the fact that in your legal opinion not only has this law never been enforced but the secretary doesn't want to enforce it because she believes that it's problematic and Judge Berzon has suggested some practical ways to work around this would this be a case that would benefit from mediation to come up with some kind of explanation that would satisfactorily describe the state of affairs as it currently exists and maybe involve recommendations for legislation I don't know what it could involve but do you think that mediation would be of assistance in this matter I would like to hold off on answering that question until I present another consideration which I think really cuts the bottom line the problem here is is a plaintiff entitled to scour the statutes find something to quibble about file a lawsuit and be dead bang right on the law I would think everything you were saying would be right if this was not in that piece of paper I'm sorry everything you're saying would be right if this was not in that piece of paper but if somebody is you're taking what seems to me to be a fairly cynical position or a disturbing position which is that people could be told by the Secretary of State what they have to do but they should know that they don't really have to do it because nothing's going to happen to them that's your position in other words people should go around to find what they're told not just what's in the statute book but what they're specifically told when they go to do something is the law because nothing's going to happen to them that's your position our real position at this point is that these are not the appropriate plaintiffs to raise the issue and these are not the appropriate facts on which to raise the issue but we've been piercing that and your end result is there is no appropriate person because it's not enforced the case law that has dealt with functionally equivalent statutes shows what a appropriate situation is for the court to intervene counsel do you intend to answer my question your time has expired well that's not his time I didn't know the clock was running on my time and I have the same question it seems to me to be a fairly wise thing to do whether mediation would be appropriate the reason I'm hesitant to say yes is that this would open the door for them to seek attorney's fees and all this really is about is maybe it is, maybe it isn't and that's part of mediation to sue the state on dead letter law and collect money when the state says oh yeah you're right we don't know that and that's part of a mediation presumably that you could say we'll make these changes and these changes and we'll pay you $8 I mean I don't know what it might produce but I understand your position so the difficulty we're facing from the state standpoint they're not going to ask for money they're from Dallas they don't need money well the state has to assume that any outcome here that they gave the plaintiffs relief would at least encourage others to start scouring the statutes for laws like this and there's plenty of them to repeat again, everything turns from the fact that it isn't only in the statute book if it were only in the statute book it would be a different thing it is not only in the statute book it is in the directions you are giving to people that's an entirely different matter can I tell you this I've been listening to floodgate arguments yes for I don't know 45 years and my feet are still dry yes the water rises slowly I thought that was a pretty good joke thank you your honor the at the core of this if you think they still have or should have standing there's the further question is this a wise case in which to take the issue up and as I argued in my papers the preserved shore cliff homeowners case shows a real world situation in which these statutes do arise and in which this statute was declared functional if I were you I would advise my clients the following that tomorrow they should change the directions in the way somewhat similar to what we said without waiting for anybody to enjoin you and then if you want you can fight about fees on Buchanan grounds and say that there was no judgment saying so but why they would or you would advise them to continue to tell people something that isn't so and that they will not enforce I do not understand the secretary of state does not enforce the election laws if she believes that the laws she writes the forms this is true ok that's all that judge Berzon was talking about the plaintiffs or the ballot circulators in the preserved shore cliff case had an easy work around they said ok if this is the state of the law we're not even going to challenge it we'll just have everybody who signs their petition sign this additional piece of paper that says they're their own circulator and that finesses the problem and the court cited that so when you wait until a real world situation comes up before you start dealing with the realities of a case or of a law then the facts present the basis for wise adjudication but what this is presenting is an abstract question I don't know whether California does but many states still have statutes on the books forbidding abortion across the board right they may have been declared invalid but they are still there if somebody puts out if the state department of education of health sends to every high school girl in the state a statement saying that it's illegal under statute so and so of the state to have an abortion under any circumstances would anybody have the ability to complain about that it would be true I would think yes and for a couple of reasons first of all that would be a criminal statute it's a criminal statute and this is very significant in the cases when there is a threat of criminal prosecution the mere existence of a statute is found to be chilling there are several cases to that effect but there are no cases where the mere existence of a directive and an official piece of paper telling somebody that you have to do X that was written yesterday is a sufficient threat if the threat is one of criminal prosecution this changes the landscape and the cases are quite consistent on this point when there is no threat of criminal prosecution and no history of criminal or even civil enforcement there is I have not found a single case in which the plaintiff was permitted to sue in the abstract on the theory that the case Do you have a case in which a current directive from a state agency to a set of a discrete set of people saying you must do X is not sufficient to prove standing to say no we don't have to do X even if nobody is going to send them to jail I'm not aware of any such case Thank you Thank you very much Will I have the opportunity to actually present my argument No You already made it Thank you My learned friend talks about the real world Here's what the real world looks like My clients are an active FCC, FEC ballot qualified political party the Libertarian party and two political activists What they do is they circulate petitions to obtain signatures to get Libertarians and other political fellow travelers on political ballot access Where to start My clients were not scouring the statute books for an offensive statute And let's be clear This statute is patently unconstitutional That's not in front of us That issue is not in front of us It's unconstitutional per Nader V. Brewer 531 F1028 The issue The legal issue in front of us right now is whether your clients have the standing to make that argument That argument per se is not in front of us What is your clients view on the possibility of mediation to get a practical There will be no resolution of this issue until a federal court enjoins the practice of notifying people and commanding them to do things that they shouldn't have to do because they're unconstitutional But I'll participate in mediation if the court would wish I don't think it will be effective There's two circuit presidents here that control the outcome of this case respecting standing The first is CPLC V. Getman 2003 Self-censorship is the constitutionally sufficient injury in fact that confers standing on my clients these plaintiff's appellants to make the allegations they have in the complaint and sustain their suit well past 12B6 or 12C procedural posture Very significantly ARL PAC V. Bayless 2003 What's significant about this case is this case was written by the decision was who happened to be the author of this court's en banc decision in the Thomas case that the district court relied upon and my learned friend relies upon in his briefs and his oral argument before this court and Judge McKeon easily dispatched and distinguished I'm sorry McKeon I debated the pronunciation before I came up here we couldn't figure it out but Judge McKeon had no problem in the ARL PAC case which is almost identical circumstances dispatching the Thomas argument the district court relied on in about one paragraph and he adopted the Supreme Court's teaching in Dabrowski which says again that self-censorship, refraining from doing something that you're constitutionally entitled to do, which is obeying the law which as Judge McKeon observed is a good thing we don't want people to show disrespect for the law and he dispatched the Thomas argument and reversed that district court's decision which relied upon his own en banc decision, so Judge McKeon had no problem distinguishing the facts and circumstances of Thomas from these political ballot access cases so the clients, my clients were not scouring the statute book it's what they do they read the proclamations of the Secretary of State and the Secretary of State says you must be a registered voter in the district, you must swear to that upon guilty perjury the two individual clients certainly know and the organization knows that if they don't do that you say that the form essentially requires would not allow them to submit it because they either have to lie or but we don't know that there's a perversity here there's something perverse about this excuse me, you just interrupted me I'm sorry Judge and in fact you completely lost my train of thought so go ahead I'm sorry Judge the perverse situation here is that if they don't file the circulator affidavit or if they modify it under California law per the Secretary's own January 2010 memorandum, the signatures won't be counted, that is an abridgment of their First Amendment political speech rights the only way they stand a chance of having the signatures they gather counted is if they in fact fill out a perjurious affidavit and that's detected by the Secretary of State and election workers in that event it may be possible that the signatures will be counted notwithstanding the false statement regarding registered voter status that's where we find ourselves here you haven't tried it in other words you could advise your people to take the form put in their right addresses and not check off the penalty of perjury and hand it in and see what happens and if they say this isn't a good form then you've got standing well and there's no reason to believe that my clients would ever find out what the administrative disposition of their circulator affidavit and those signatures would be there's no mechanism by which the election workers have to report to people except if it's judicially challenged as to which signatures and circulator affidavits were considered sufficient and which weren't it just goes into the administrative black hole and they'll never know and this is a concrete issue based on this circuit's presence in Getman and Bayless in 2003 particularly Judge McKeown's decision which easily distinguished the Thomas facts I think it's virtually beyond reasonable argument that my clients had standing to raise this issue they refrain from doing that which the law prohibits they're in a Hobson's choice of sacrificing constitutional right or obeying the dictates of the Secretary of State the Secretary of State contrary to the arguments made on appeal has enforced this statute the petition circulator residency requirement for a long time and continues to do so and based on this circuit's controlling precedent the case should be reversed if the court deems it necessary to amplify on the allegations in the complaint we wouldn't certainly be opposed to a reversal with leave to amend but I've drafted the complaint with my team of lawyers and paralegals and we drafted the amended complaint and contrary to my learned friends arguments up here there were specific allegations that they were refraining from doing that which they do which is political activism which is circulating petitions for signatures to get like minded political activists on ballots there's specific allegations in the complaint that they had refrained and resisted from doing that which they intended and wanted to do political association, political speech and political expression that's in the amended complaint I don't know what more one could and one doesn't have to allege anymore to survive there's no the Secretary would have this court rewrite standing laws and pleading requirements and create a heightened pleading standard because of the nature of the case that certainly isn't the law of this circuit it shouldn't be the law of this circuit and this circuit has precedent that controls the disposition the case should be reversed and remanded for further proceedings for the ultimate determination that the statute of question is clearly unconstitutional per this courts other binding precedent okay thank you your honors alright uh oh yeah alright think about what we told you and uh we wish you good day
judges: Pregerson, Graber, Berzon